UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

HENRY LUCAS, JR.,

    Plaintiff,                                    Case No. 3:17-cv-275

vs.

UNITED PARCEL SERVICE, INC.,        District Judge Walter H. Rice
                                                       Magistrate Judge Michael J. Newman

    Defendant.

---

## ORDER

The undersigned **ORDERS** the Warden, Chillicothe Correctional Institution, Ohio, to have **HENRY A. LUCAS, JR.**, **Prisoner # A767545**, and Plaintiff in the above noted case, detained in the aforementioned institution, available by telephone, before Magistrate Judge Michael J. Newman, for the Southern District of Ohio, on the **15th day of July, 2020** beginning at **9:30 a.m**. for mediation proceedings. The telephone conference information is as follows:

    Telephone number: (646) 749-3122

    Access Code: 580994509

The undersigned furthers **ORDERS** that Plaintiff, **HENRY A. LUCAS, JR.**, **Prisoner # A767545**, is to be made available by telephone until **5:00 p.m.** on **July 15, 2020**, at which time the mediation shall conclude.

    **IT IS SO ORDERED.**

Date:  July 6, 2020                                   s/Michael J. Newman
                                                           Michael J. Newman
                                                           United States Magistrate Judge