# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| HENRY LUCAS, JR. | : | |
| Plaintiffs, | : | Case No. 3:17cv275 |
| -vs- | : | District Judge Walter H. Rice |
| UNITED PARCEL SERVICE, INC. | : | |
| Defendant. | : | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. §636(b)(1)(A), (B), and (C), and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Sharon L. Ovington, ADR Coordinator, for purposes of conducting a mediation. The Mediation should be scheduled as soon as possible, as this matter is set for Trial on June 14, 2021.

Dated: May 13, 2021

(tp - per Judge Rice authorization after his review)

Walter H. Rice
United States District Judge